IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CRIMINAL CASE NO. 2:14-cr-00006-MR-DLH-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| EVARD LAMAR BRADLEY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 49].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 49] is **GRANTED**, and the Bill of Indictment in this case is hereby **DISMISSED WITHOUT PREJUDICE** as to Defendant Evard Lamar Bradley.

**IT IS SO ORDERED**.

Signed: October 29, 2014

Martin Reidinger
United States District Judge